# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Russell, Thomas B. | United States District Court - Kentucky | 05/06/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III - Senior Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

501 Broadway, Federal Building
Paducah, KY 42001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | First Investors of Paducah (Investment Club) See additional information |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking Account - Paducah Bank | A | Interest | K | T | | | | | |
| 2. Checking Account - Regions Bank | A | Interest | K | T | | | | | |
| 3. IRA, LPL FINANCIAL (See Section VIII) | B | Int./Div. | O | T | | | | | |
| 4. -AIM Invt Fds Invesco Developing MK Cl Y | | | | | Sold | 1/2015 | J | A | |
| 5. -Optimum Fixed Income Fund Cl I | | | | | | | | | |
| 6. -Optimum International fund Cl I | | | | | | | | | |
| 7. -Optimum Large Capital Growth Fd Cl I | | | | | | | | | |
| 8. -Optimum Large Capital Value Fd Cl I | | | | | | | | | |
| 9. -Optimum Small Cap Growth Fd Cl Instl | | | | | | | | | |
| 10. -Optimum Small Cap Value Fd Cl I | | | | | | | | | |
| 11. IRA, LPL FINANCIAL (See Section VIII) | A | Int./Div. | K | T | | | | | |
| 12. -Optimum Fixed Income Fund Cl I | | | | | | | | | |
| 13. -Optimum International Fund Cl I | | | | | | | | | |
| 14. -Optimum Large Capital Growth Fd Cl I | | | | | | | | | |
| 15. -Optimum Large Capital Value Fd Cl I | | | | | | | | | |
| 16. -Optimum Small Cap Growth Fd Cl Instl | | | | | | | | | |
| 17. -Optimum Small Cap Value Fd Cl I | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Savings Acct. Regions Bank | A | Interest | L | T | | | | | |
| 19. Common Stock, Regions Bank | A | Dividend | J | T | | | | | |
| 20. -US Banc (common) | A | Dividend | J | T | | | | | |
| 21. -IBM (common) | A | Dividend | J | T | | | | | |
| 22. -Cisco Sys (common) | A | Dividend | J | T | | | | | |
| 23. -Intel (common) | A | Dividend | J | T | | | | | |
| 24. -Schlumberge (common) | A | Dividend | J | T | | | | | |
| 25. -Simon P (common) | A | Dividend | J | T | | | | | |
| 26. -Fastenal (common) | A | Dividend | J | T | | | | | |
| 27. -Microsoft (common) | A | Dividend | J | T | | | | | |
| 28. -Coke (common) | A | Dividend | J | T | | | | | |
| 29. -Johnson (common) | A | Dividend | J | T | | | | | |
| 30. -Minnesota (3M) (common) | A | Dividend | J | T | | | | | |
| 31. -Proctor (common) | A | Dividend | J | T | | | | | |
| 32. -CSI (common) | A | Dividend | J | T | | | | | |
| 33. -Exon Mobil (common) | A | Dividend | J | T | | | | | |
| 34. -Oracle (common) | | | | | Sold | 12/2015 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Walgreen (common) | A | Dividend | J | T | | | | | |
| 36. -B.P. PLC (common) | A | Dividend | J | T | | | | | |
| 37. -Apple (common) | A | Dividend | J | T | | | | | |
| 38. -Ishares (IWM)(common) | | | | | Sold | 12/2015 | J | A | |
| 39. -SPDR SDY | | | | | Sold | 12/2015 | J | A | |
| 40. -Trinity | A | Dividend | J | T | | | | | |
| 41. -Wells Fargo | A | Dividend | J | T | | | | | |
| 42. -Gilead | A | Dividend | J | T | | | | | |
| 43. -Fluor | A | Dividend | J | T | | | | | |
| 44. -National (NOV) | | | | | Sold | 12/2015 | J | A | |
| 45. -Clean | A | Dividend | J | T | | | | | |
| 46. -Plexus | A | Dividend | J | T | | | | | |
| 47. -Ashland (ASH) | A | Dividend | J | T | | | | | |
| 48. -Tata (TTM) | A | Dividend | J | T | | | | | |
| 49. -Yum (YUM) | A | Dividend | J | T | | | | | |
| 50. -Tesoro (TSO) | A | Dividend | J | T | | | | | |
| 51. -Kraft | | | | | Sold | 12/2015 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -UTX | A | Dividend | J | T | | | | | |
| 53. -Dollar General | A | Dividend | J | T | | | | | |
| 54. -Baker BHI | A | Dividend | J | T | | | | | |
| 55. -Becton BDX | | | | | Sold | 12/2015 | J | A | |
| 56. -Medtronic MDT | | | | | Sold | 12/2015 | J | A | |
| 57. -Mondelez MDL | | | | | Sold | 12/2015 | J | A | |
| 58. -Freeport (FCX) | | | | | Sold | 12/2015 | J | A | |
| 59. -JP Morgan (JPM) | A | Dividend | J | T | | | | | |
| 60. -Nat'L Fuel (NFG) | | | | | Sold | 12/015 | J | A | |
| 61. -Baidu (BIDU) | A | Dividend | J | T | | | | | |
| 62. -Cnooc (CEO) | A | Dividend | J | T | | | | | |
| 63. -Delphi (DLPH) | A | Dividend | J | T | | | | | |
| 64. -Estee (EL) | | | | | Sold | 12/2015 | J | A | |
| 65. -Abbvie (Abbv) | | | | | Sold | 12/2015 | J | A | |
| 66. -Uranium (UEC) | A | Dividend | J | T | | | | | |
| 67. -Whole Foods | A | Dividend | J | T | | | | | |
| 68. -WPG | | | | | Sold | 12/2015 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -BAC | | | | | Sold | 12/2015 | J | A | |
| 70. -GOOG (Alphabet) Google | A | Dividend | J | T | | | | | |
| 71. -Kroger | A | Dividend | J | T | | | | | |
| 72. - MA | A | Dividend | J | T | | | | | |
| 73. -MDT | A | Dividend | J | T | | | | | |
| 74. -SUNE | | | | | Sold | 12/2015 | J | A | |
| 75. -DNOW | | | | | Sold | 12/2015 | J | A | |
| 76. -Great Western Bancorp (GWB) | | | | | Buy | 12/2015 | J | | |
| 77. -Celgene Corp (CELG) | | | | | Buy | 12/2015 | J | | |
| 78. -Priceline Group ((PCLN) | | | | | Buy | 12/2015 | J | | |
| 79. -Nike (NKE) | | | | | Buy | 12/2015 | J | | |
| 80. -Quintiles Hldgs (Q) | | | | | Buy | 12/2015 | J | | |
| 81. -Visa, Inc Class A | | | | | Buy | 12/2015 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

In October of 1996, I became a member of an investment club known as First Investors of Paducah, which is organized as a partnership. There are 15 partners divided into 7 teams. Each team invests their portion. I only have control over the investment of my team. I do have a 1/15 interest in all of those investments. The individual stocks owned by the partnership are included in the stocks listed in Section VII.

VII. INVESTMENTS AND TRUSTS

(No. 3-10)  IRA - LPL FINANCIAL

This is the IRA account in LPL Financial. Line 3 reflects the total value of the account, and Lines 4-10 list the individual purchases LPL Financial made.

(No. 4-10)  IRA - UBS

(No. 11-17) IRA- LPL FINANCIAL

This is an IRA account in LPL Financial. Line 11 reflects teh total value of the account and Lines 12-17 list the individual purchases made by LPL.

Line 71 list Goog (Alphabet). This was previously listed in my 2014 return at line 102 as "Good." That was a typographical error and should have been "Goog." Alphabet was formed from Google.

My share of all the stocks held by First Investors was $1,001-$2,501. The income was by way of dividends. As of December 31, 2015 the gross value of the stocks owned by First Investors was $15,000 - $50,000, based on cash market. In December 2015, we had a disbursement and some of the stocks were transferred to me. As of December 31, 2015, I owned individually, the stocks listed in lines 19, 20, 21, 25, 26, 28, 29, 30, 33, 41, 47, 59, 61, 62, 72, and 73. The remainder of the stocks listed in lines 19-81 are owned by First Investors as of December 31, 2015, unless they are shown as sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Russell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544